# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

Robert P. Young, Jr.,
Chief Justice

141562-3

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

NATIONAL ASSOCIATION OF INVESTORS
CORPORATION,
      Plaintiff-Appellant,

v

                               SC: 141562-3
                               COA: 286295; 287701

DOBSON-MCOMBER AGENCY, INC.
and DAVID TIEDGEN,
             Defendants-Appellees.

                               Oakland CC: 06-079104-CZ

_____/

      On order of the Court, the application for leave to appeal the June 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

p0131